# Third District Court of Appeal
## State of Florida

Opinion filed June 7, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0245
Lower Tribunal No. 19-4786
_____

**Lydia Bulas,**
Appellant,

vs.

**Soraya Sebelen,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Annesser Armenteros, PLLC and John W. Annesser and Megan Conkey Gonzalez, for appellant.

McCarter Law Group PA, and Keith McCarter (Tampa), for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.